No. 1676, Misc.   McClelland v. Maryland.   Ct. Sp. App. Md.   Certiorari denied.   *Milton B. Allen* for petitioner.

No. 1681, Misc.   Manley v. Rundle, Correctional Superintendent.   C. A. 3d Cir.   Certiorari denied. *LeRoy S. Zimmerman* for respondent.

No. 1684, Misc.   Silver v. Dunbar et al.   C. A. 9th Cir.   Certiorari denied.

No. 1705, Misc.   Olden v. California.   Sup. Ct. Cal. Certiorari denied.

No. 1706, Misc.   Stokley v. California.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 1712, Misc.   Currier v. United States.   C. A. 2d Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1717, Misc.   Forst v. Delaware.   Sup. Ct. Del. Certiorari denied.

No. 1719, Misc.   Rodriguez v. United States.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.

No. 1727, Misc.   Hanrahan v. Johnson et al.   C. A. 7th Cir.   Certiorari denied.   *Martin J. Flynn* for respondents.